UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

In re:   Caroline M. Williford                 )          Case No. 12-21218-PRW
                                               )
                                               )          Chapter 13
                                               )
                          Debtor(s).           )

---

## NOTICE OF MOTION

---

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Paul R. Warren,

Bankruptcy Judge, on:

**June 18, 2015 at 11:30 a.m.**
United States Bankruptcy Court
1550 U.S. Courthouse
100 State Street
Rochester, NY 14614

to consider the motion objecting to claim filed by George M. Reiber, Chapter 13 Trustee (the

"Objecting Party") to the claim of American Tax Funding, LLC. (Claim #9, Court Claim #6) in

this case only if a written request for a hearing is filed by the claimant as outlined below.


**PURSUANT TO F.R.B.P. 9014 AND THE STANDING ORDERS IMPLEMENTING DEFAULT PROCEDURES IN ROCHESTER AND WATKINS GLEN: IF YOU INTEND TO OPPOSE THE MOTION: AT A MINIMUM YOU MUST SERVE: (1) THE MOVANT AND MOVANT'S COUNSEL, AND (2) IF NOT THE MOVING PARTY (A) THE DEBTORS AND DEBTOR'S COUNSEL; (B) IN A CHAPTER 11 CASE, THE CREDITORS' COMMITTEE AND ITS ATTORNEY, OR IF THERE IS NO COMMITTEE, THE 20 LARGEST CREDITORS; AND (C) ANY TRUSTEE. IN ADDITION, YOU MUST FILE WITH THE CLERK OF THE BANKRUPTCY COURT WRITTEN OPPOSITION TO THE MOTION NO LATER THAN THREE (3) BUSINESS DAYS PRIOR TO THE RETURN DATE OF THIS MOTION NOT WITHSTANDING THE DECEMBER 1, 2009 AMENDMENTS TO F.R.B.P. 9006(a). IN THE EVENT NO WRITTEN OBJECTION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD ON THE RETURN DATE AND THE COURT WILL CONSIDERS THE MOTION AS UNOPPOSED.**

DATED this __15th___ day of May, 2015.
Rochester, NY

/s/ _____
George M. Reiber
Chapter 13 Trustee
3136 S. Winton Road
Rochester, NY 14623
(585) 427-7225

To: Caroline Willilford
    Louis Asandrov, Esq.
    United States Trustee
    Allan L. Hill, Esq, Attorneys for American Tax Funding, LLC.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

In re:   Caroline M. Williford          )          Case No. 12-21218-PRW
                                        )
                                        )          Chapter 13
                                        )
                        Debtor(s).      )

-------------------------------------------------------------------------------------------------------------
**MOTION OBJECTING TO CLAIM AND SUPPORTING STATEMENT**
-------------------------------------------------------------------------------------------------------------

George M. Reiber, Chapter 13 Trustee, pursuant to F.R.B.P. 3007 and 11 U.S.C. § 502, moves this Court objecting to the following claim:

Claimant name: American Tax Funding, LLC.

Claim: #9                                                    Amount: $2,811.13
Court claim: #6

In support of this motion, the Trustee alleges as follows:

1.      On July 23, 2012, Debtor filed a voluntary petition commencing a case under Chapter 13 of the Bankruptcy Code.

2.      The plan was filed February 15, 2013 (ECF BK No. 43). It treated City of Rochester as a priority proof of claim. The City never filed a proof of claim; therefore, no payments are being made to the City of Rochester. Said plan was confirmed on March 11, 2013 (ECF BK No. 46).

3.      On July 22, 2014, a claim was filed by American Tax Funding, LLC. in the amount of $2,811.13 for the 2010 and 2011 City of Rochester real estate tax years, at Court Claim #6.

4.      The government bar date for filing claims was January 22, 2013. The plan was confirmed after the government bar date had passed (ECF BK No. 46). Since this claim was filed after that date, the claim should be disallowed.

5.	Based on the preceding information, the validity presumption under Rule 3001(c) is rebutted.

WHEREFORE, the Trustee respectfully requests this Court to

A.	disallow the above-referenced claim; and

B.	grant any other relief as the Court deems just and proper.


DATED this __15th____ day of May, 2015.
Rochester, NY				/s/_____
						George M. Reiber
						Chapter 13 Trustee
						3136 S. Winton Road
						Rochester, NY 14623
						(585) 427-7225

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

In re:  Caroline M. Williford )  Case No. 12-21218-PRW
)
)  Chapter 13
)
Debtor(s).  )

-------------------------------------------------------------------------------------------------------------------

**ORDER**

-------------------------------------------------------------------------------------------------------------------

Upon Trustee's motion objecting to claim, the matter having duly come before this Court on June 18, 2015, at 11:30 a.m., after adequate notice to all parties in interest, no one having opposed to the herein objection to the claim of American Tax Funding, LLC. (Claim #9, Court Claim #6) for $2,811.13 and the Court having considered the objection and determined the sufficiency of the claim, it is hereby

ORDERED, that pursuant to 11 U.S.C. §502 (b), the claim is:

| | |
|---|---|
| __X__ | **DISALLOWED** |
| _____ | **ALLOWED** AS A TIMELY FILED CLAIM IN THE AMOUNT OF $_____ |
| _____ | **ALLOWED** AS A TARDILY FILED CLAIM IN THE AMOUNT OF $_____ |
| _____ | **OTHER** |

Dated: _____
        Rochester, New York

_____
HONORABLE PAUL R. WARREN
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

In re: Caroline M. Williford )    Case No. 12-21218-PRW
                              )
                              )    Chapter 13
                              )
                 Debtor(s).   )

---

## AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK)
COUNTY OF MONROE)      SS.:

AJH, being duly sworn, deposes and says:

That deponent is not a party to this action, and is over 18 years of age and resides in the County of Orleans and State of New York.

That on May 15, 2015, deponent served the within Notice and Motion Objecting to Claim **on the following persons or persons authorized to accept service of process,** at their respective addresses:

| | | |
|---|---|---|
| Caroline M. Williford | Louis Asandrov, Esq. | U.S. Trustee |
| 318 Selye Terrace | 291 Plymouth Ave S. | 100 State Street |
| Rochester, NY 14613 | Rochester, NY 14608 | Room 6090 |
| | | Rochester, NY 14614 |

Allen L. Hill, Esq.                American Tax Funding, LLC.
c/o Phillips Lytle LLP.            Attn: Tadgh Macaulay, Vice President
First Federal Plaza               PO Box 863517
28 East Main Street, Suite 1400   Orlando, FL 32886
Rochester, NY 14614

City of Rochester                 City of Rochester
City Treasurer                    Attn: Sue Sutera, Law Dept.
City Hall Room 100-A              30 Church Street, RM 400A City Hall
Rochester, NY 14614              Rochester, NY 14614

The above addresses being the address designated by said person for that purpose by depositing a true copy of same enclosed in a post paid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service within New York State.

/s/_____
        AJH

Sworn to before me this
_15th_____ day of _ May____ , 2015

/s/_____
        LMC, Notary