

# Phillips Lytle LLP

<u>*Via CM/ECF and U.S. Mail*</u>　　　　　　　　　　　　　　　　　　June 17, 2015

Hon. Paul R. Warren
United States Bankruptcy Court
Western District of New York
U.S. Courthouse
100 State Street
Rochester, NY 14614

Re: In re Caroline M. Williford
　　Case No. 2-12-21218-PRW

Dear Judge Warren:

We represent American Tax Funding, LLC ("ATF"), a creditor of the above-referenced debtor ("Debtor") in this bankruptcy case.

I am writing with respect to tomorrow's hearing on the motion of George M. Reiber, as Chapter 13 Trustee ("Trustee"), Objecting to Claim and Supporting Statement (Docket No. 57). ATF filed an Objection to the Trustee's motion on June 2, 2015 (Docket No. 60).

In an effort to keep costs and expenses in this case to a minimum and in light of the fact that the response of ATF does not advance any disputed legal theory, our office does not intend to appear at tomorrow's hearing, but rather will rely upon the response papers filed. The Trustee has already been advised accordingly.

Very truly yours,

Phillips Lytle LLP

By *Nickolas Karavolas*

Nickolas Karavolas

cc:　Louis V. Asandrov, Esq.
　　　George M. Reiber, Chapter 13 Trustee
　　　U.S. Trustee

Nickolas Karavolas
Direct 212 508 0477  nkaravolas@phillipslytle.com

Doc #05-463263.1

ATTORNEYS AT LAW

THE NEW YORK TIMES BUILDING  620 EIGHTH AVENUE  23RD FLOOR  NEW YORK, NY 10018-1405  PHONE 212 759 4888  FAX 212 308 9079
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | WASHINGTON, DC | CANADA: WATERLOO REGION | PHILLIPSLYTLE.COM